```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                      :
UNITED STATES OF AMERICA,      :
                                      :
                -v-                :              1: 20-cr-646-GHW
                                      :
ANDRES IDELFONSO,             :              <u>ORDER</u>
                                      :
                    Defendant.  :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, JUSTIN RODRIGUEZ, Assistant United States Attorney, of counsel, and with the consent of ANDRES IDELFONSO, by and through his attorney, CHRISTOPHER FLOOD., the conference in this case scheduled for April 22, 2021 is rescheduled to occur on June 3, 2021 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to review discovery and consider the need for any potential pretrial motions. Accordingly, it is ORDERED that the time from April 15, 2021 through June 3, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: April 15, 2021
       New York, New York

                                      _____
                                          GREGORY H. WOODS
                                         United States District Judge