UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
                                              :
            -v-                               :        1:20-cr-646-GHW
                                              :
                                              :
ANDRES IDELFONSO,                             :        ORDER
                                              :
                              Defendant.      :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The remote proceeding scheduled in this matter for June 3, 2021 at 10:00 a.m. will instead take place at 10:30 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: May 27, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge