

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2021

May 26, 2021

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
New York, New York 10007

Re: *United States v. Andres Idelfonso*, 20 Cr. 646 (GHW)

Dear Judge Woods:

The Government writes, pursuant to Section 2.B of the Court's Emergency Individual Rules and Practices in Light of COVID-19, dated April 14, 2020, on behalf of the parties and in advance of the conference scheduled in this case for June 3, 2021 at 10:30 a.m.

In short, the parties respectfully request that the Court schedule a change of plea proceeding. The defense has no preference as to whether the proceeding take place in person or remotely. If possible, the parties would be prepared to proceed with such a proceeding on June 3, 2021. If the Court schedules a change of plea proceeding for some time after June 3, 2021, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the change of plea proceeding. The Government respectfully submits that the ends of justice served by such an exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will afford the parties time to finalize a pretrial resolution. The defense does not object to this request.

Application granted. The Court will hold a change of plea hearing on June 3, 2021 at 9:30 in Courtroom 12C, 500 Pearl Street, New York, New York, 10007.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.
SO ORDERED.
Dated: May 28, 2021
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

Justin V. Rodriguez
Assistant United States Attorney
Southern District of New York
(212) 637-2591

cc: Christopher Flood, Esq. (by ECF)