USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                    -v-                                  1:20-cr-646-GHW

    ANDRES IDELFONSO,                         ORDER

                               Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendant's request to adjourn Defendant's upcoming sentencing hearing, Dkt. No. 20, is granted. The sentencing hearing presently calendared for Thursday, September 9, 2021 at 11:00 a.m. is adjourned to Tuesday, September 28, 2021 at 11:00 a.m.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 20.

SO ORDERED.

Dated: August 23, 2021
        New York, New York

                                                      _____
                                                       GREGORY H. WOODS
                                                   United States District Judge